**Motion Granted and Order filed September 18, 2015.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-15-00789-CV
_____

## IN RE RH WHITE OAK, LLC, BRIAN HARDY, COLIN ZAK, ENTEX PARTNERS, LTD. AND ENTEX MANAGEMENT SERVICES, L.L.C., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-81470**

---

## ORDER

On September 16, 2015, relators, RH White Oak, LLC, Brian Hardy, Colin Zak, Entex Partners, Ltd., and Entex Management Services, L.L.C., filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable

Kyle Carter, Judge of the 125th District Court, in Harris County, Texas, to set aside his order dated August 10, 2015, entered in trial court number 2010-81470, styled *Lone Star Bank v. RH White Oak, et al.* Relators claim respondent abused his discretion by imposing sanctions against them.

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On September 16, 2015, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2010-81470, *Lone Star Bank v. RH White Oak, et al.,* **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real parties in interest, to file a response to the petition for writ of mandamus on or before October 5, 2015**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.